# EXHIBIT A

| # | Full Name | Vehicle Year | Vehicle Make | Vehicle Model | Vehicle VIN |
|---|---|---|---|---|---|
| 1 | Achilli, Richard | 2010 | Ford | Edge | 2FMDK3JC7ABA55689 |
| 2 | Acrey, Rhonda Withun | 2012 | Ford | Lincoln MKZ | 3LNHL2GC6CR811212 |
| 3 | Adams, Randy | 2011 | Ford | Ranger | 1FTKR1EEXBPB08628 |
| 4 | Aguilar, Stephanie | 2012 | Ford | Fusion SE | 3FAHP0HA8CR432275 |
| 5 | Albert, Shawn | 2011 | Ford | Fusion SEL | 3FAHP0JA8BR185283 |
| 6 | Alberti, Denise | 2011 | Ford | Mustang | 1ZVBP8EM4B5114469 |
| 7 | Allen, Larry E. | 2010 | Ford | Ranger | 1FTKR1EDXAPA67519 |
| 8 | Allen, Robert | 2011 | Ford | Mustang | 1ZVBP8FF1B5108483 |
| 9 | Andrews, DeAnna | 2010 | Ford | Edge Limited | 2FMDK3KC4ABB74234 |
| 10 | Apuzzi, Deborah | 2014 | Ford | Mustang | 1ZVBP8AM9E5203402 |
| 11 | Arcand, Karen | 2011 | Ford | Ranger | 1FTKR1AD0BPA18546 |
| 12 | Armstrong, Vicky | 2011 | Ford | Fusion SE | 3FAHP0HA5BR149508 |
| 13 | Arrieta, Erick | 2010 | Ford | Edge SE | 2FMDK3GC3ABA61061 |
| 14 | Artz, Michael E | 2011 | Ford | Ranger | 1FTKR1EE8BPA75922 |
| 15 | Asker, Brian | 2011 | Ford | Fusion | 3FAHP0HA9BR131478 |
| 16 | Baldwin, Jacqueline and Baldwin, Charles | 2012 | Ford | Fusion | 3FAHP0HG3CR389534 |
| 17 | Ballinger, David | 2011 | Ford | Fusion | 3FAHP0HA4BR346511 |
| 18 | Balogh, Fred | 2011 | Ford | Fusion | 3FAHP0KC3BR284318 |
| 19 | Barnett, Dallas | 2010 | Ford | Edge | 2FMDK3JC0ABA05748 |
| 20 | Bartholomew, Richard | 2010 | Lincoln | MKX | 2lmdj6jc3abj04895 |
| 21 | Bastian, Velia | 2011 | Ford | Fusion | 3FAHP0JA1BR230645 |
| 22 | Belcher, William | 2013 | Ford | Mustang | 1zvbp8am1d5253970 |
| 23 | Bell, Samuel | 2012 | Ford | Lincoln MKZ | 3LNHL2GCXCR812170 |
| 24 | Bellomusto, Luis | 2012 | Ford | Fusion | 3FAHP0JA5CR254805 |
| 25 | Bennett, George | 2010 | Ford | Edge | 2FMDK3JC5ABA60616 |
| 27 | Berry, Shirley A. | 2010 | Lincoln | MKX | 2LMDJ6JC7ABJ07928 |
| 28 | Berryman, Ralph | 2012 | Ford | Fusion | 3FAHP0JG8CR307386 |
| 29 | Betetta, Carlos | 2014 | Ford | Mustang | 1ZVBP8EM8E5295273 |
| 30 | Bhal, Deodath | 2012 | Ford | Mustang | 1ZVBP8AM3C5274723 |
| 31 | Bischoff, Jerome | 2010 | Ford | Edge Limited | 2FMDK3KCXABA86286 |
| 32 | Bishop, Laurie | 2013 | Ford | Mustang | 1ZVBP8EM7D5222040 |
| 33 | Boppell, Humberto | 2012 | Ford | Fusion | 3FAHP0HA3CR240584 |
| 34 | Bowling, Patrick | 2013 | Ford | Mustang | 1ZVBP8CF7D5266026 |
| 35 | Bradley, Mary | 2010 | Lincoln | MKX | 2LMDJ6JC9ABJ17599 |
| 36 | Bradley, Richard | 2012 | Ford | Fusion | 3FAHP0HA4CR174384 |
| 37 | Brandenburg, Randy | 2010 | Ford | Ranger | 1FTKR1AD2APA24895 |
| 38 | Bren, Robert L. | 2013 | Ford | Mustang GT | 1ZVBP8CF9D5278128 |
| 39 | Bressler, David and Phyllis | 2011 | Ford | Fusion | 3FAHP0JA1BR246179 |
| 40 | Briggs, Daniel | 2010 | Ford | Lincoln MKX | 2LMDJ6JC8ABJ01202 |
| 41 | Broadwell, John C. | 2010 | Ford | Edge SEL | 2FMDK3JC3ABB76302 |
| 42 | Brook, Vikki | 2012 | Ford | Fusion | 3FAHP0HA4CR407776 |
| 43 | Brown Rushing, Rebecca | 2012 | Ford | Fusion | 3FAHP0HA3CR243176 |
| 44 | Brown, Howard | 2014 | Ford | Mustang | 1ZVBP8EM7E5311009 |
| 45 | Brown, Jennine and Robert | 2010 | Ford | Edge | 2FMDK3KC8ABA32422 |
| 46 | Brown, Jenny | 2013 | Ford | Mustang | 1ZVBP8FF6D5256356 |

| 47 | Browne, Quasan | 2013 | Ford | Mustang | 1ZVBP8EM2D5236931 |
|----|----------------|------|------|---------|-------------------|
| 48 | Brumberg, Elizabeth | 2011 | Ford | Fusion | 3FAHP0HA8BR259694 |
| 49 | Buber, James | 2014 | Ford | Mustang | 1ZVBP8EM0E5208370 |
| 50 | Buckley, Patricia | 2013 | Ford | Mustang | 1ZVBP8AM1D5220550 |
| 51 | Burgos, Frances | 2011 | Ford | Fusion | 3FAHP0HAXBR161248 |
| 52 | Burkett, Christopher | 2012 | Ford | Fusion | 3FAHP0HA5CR174314 |
| 53 | Burns, Jack B | 2011 | Ford | Fusion | 3FAHP0HAXBR103737 |
| 54 | Cairo, Ronald | 2012 | Ford | Mustang | 1ZVBP8EM5C5203646 |
| 55 | Cameron, Marc and Rudd-Cameron, Lorianne | 2014 | Ford | Mustang | 1ZVBP8EM6E5240322 |
| 56 | Campagnuolo, Fred | 2011 | Ford | Mustang | 1zvbp8cf5b5162115 |
| 57 | Campbell, John | 2012 | Ford | Mustang | 1ZVBP8AM9C5244304 |
| 58 | Capezzuto, Carmen | 2013 | Ford | Mustang | 1ZVBP8EMXD5272396 |
| 59 | Carlisle, Arthur | 2012 | Ford | Mustang | 1ZVBP8AM1C5246743 |
| 60 | Carter, Barry | 2011 | Lincoln | MKZ | 3LNHL2GC0BR759297 |
| 61 | Carter, Kenneth | 2014 | Ford | Mustang | 1ZVBP8AM9E5302088 |
| 62 | Carter, Terresa | 2010 | Ford | Edge | 2FMDK3GC4ABB57636 |
| 63 | Castro, Gladys | 2014 | Ford | Mustang | 1ZVBP8EM6E5202587 |
| 64 | Caulley, Debbie | 2012 | Ford | Mustang | 1ZVBP8FF3C5230120 |
| 65 | Chapman, Daniel | 2014 | Ford | Mustang | 1zvbp8em4e5205987 |
| 66 | Charles, Jean | 2011 | Ford | Mustang | 1ZVBP8AM7B5124435 |
| 67 | Chivers, Nelson | 2011 | Ford | Fusion | 3FAHP0HA8BR283736 |
| 68 | Clark, Joe and Clark, Elizabeth | 2012 | Ford | Fusion | 3FAHP0JA3CR129690 |
| 69 | Colon, Regina and Michael | 2013 | Ford | Mustang GT | 1ZVBP8CF3D5277959 |
| 70 | Comer, Lisa | 2014 | Ford | Mustang | 1ZVBP8EM2E5305764 |
| 71 | Coney, Connie | 2010 | Ford | Edge | 2FMDK3JCXABA97452 |
| 72 | Conroy, Linda | 2012 | Ford | Fusion | 3FAHP0HA5CR294307 |
| 73 | Cooperstein, Michael | 2012 | Ford | Fusion | 3FAHP0KC6CR243246 |
| 74 | Corrica, Selwyn | 2011 | Ford | Ranger | 1FTKR1AD7BPB01097 |
| 75 | Costa, Peggy and David | 2014 | Ford | Mustang | 1ZVBP8CF9E5202359 |
| 76 | Crews, Glynda | 2012 | Ford | Fusion | 3FAHP0JA2CR128336 |
| 77 | Cristiani, John | 2011 | Ford | Fusion | 3FAHP0JA6BR152329 |
| 78 | Cross, Wryan | 2010 | Ford | Edge SEL | 2FMDK3JC9ABB07551 |
| 79 | Curtis Ryan, Phyllis | 2010 | Ford | Ranger | 1FTKR1ED2APA67353 |
| 80 | Cuthbertson, Anthony | 2010 | Lincoln | MKX | 2LMDJ6JC0ABJ00464 |
| 81 | Dagenais, Patrick | 2009 | Lincoln | MKZ | 3LNHM26T49R634859 |
| 82 | Dank, James | 2010 | Ford | Lincoln MKX | 2LMDJ6JC9ABJ21586 |
| 83 | Dass-Conk, Debbie | 2012 | Ford | Fusion | 3FAHP0JG7CR264580 |
| 84 | DeCoteau, Staci | 2012 | Ford | Fusion | 3FAHP0GA4CR360461 |
| 85 | Del Debbio, Dominic | 2013 | Ford | Mustang | 1ZVBP8CF0D5281449 |
| 86 | Demers, Jason | 2012 | Ford | Mustang | 1ZVBP8CF5C5244752 |
| 87 | Dennis, Karen S | 2014 | Ford | Mustang | 1ZVBP8EM7E5272065 |
| 88 | DeVoe, Richard | 2011 | Ford | Fusion | 3FADP0L33BR295977 |
| 89 | Diaz, Angelo | 2014 | Ford | Mustang | 1ZVBP8EM3E5216639 |
| 90 | Dixon, Miriam Wint | 2012 | Ford | Fusion | 3FAHP0HA3CR196974 |
| 91 | Dockery, Christopher | 2011 | Ford | Fusion | 3FAHP0JA7BR294012 |
| 92 | Dodd, Maryann | 2009 | Ford | Fusion | 3FAHP08199R196406 |

| 93 | Dodd, Robert Joseph | 2014 | Ford | Mustang | 1ZVBP8EM6E5279041 |
|----|---------------------|------|------|---------|-------------------|
| 94 | Dolis, Slav | 2011 | Ford | Mustang | 1ZVBP8AM5B5138642 |
| 95 | Domescik, Colleen | 2014 | Ford | Mustang | 1ZVBP8AM6E5303490 |
| 96 | Donley, Holman | 2012 | Ford | Fusion | 3FAHP0KC5CR174260 |
| 97 | Donley, Holman | 2012 | Ford | Fusion | 3FAHP0HG6CR428620 |
| 98 | Doyle, Billy | 2011 | Lincoln | MKZ | 3LNHL2GCOBR750955 |
| 99 | Dudas, Teres M. | 2011 | Ford | Fusion | 3FAHP0GA4BR183005 |
| 100 | Duncan, Calvin | 2013 | Ford | Mustang | 1ZVBP8AM3D5225183 |
| 101 | Duque, Maria V | 2011 | Ford | Fusion | 3FAHP0HA5BR116136 |
| 102 | Dworkin-McDaniel, Norine | 2011 | Lincoln | MKZ | 3LNHL2GC4BR762008 |
| 103 | Earnshaw, Ramon | 2012 | Ford | Fusion | 3FAHP0HA7CR427374 |
| 104 | Edmonds, Harrison | 2013 | Ford | Mustang | 1ZVBP8AM3D5233901 |
| 105 | Edwards, Bradley | 2010 | Lincoln | MKX | 2LMDJ6JCXABJ23170 |
| 106 | Edwards, Mary | 2010 | Lincoln | MKX | 2LMDJ6JC7ABJ27158 |
| 107 | Elliott, Hugh | 2014 | Ford | Mustang | 1ZVBP8AM7E5325014 |
| 108 | Esquilin, Cecilio | 2011 | Ford | Ranger | 1FTKR1AD7BPA72202 |
| 109 | Evanchuk, Duane | 2012 | Ford | Lincoln MKZ | 3LNHL2GC6CR800534 |
| 110 | Falk, Roselyn | 2012 | Ford | Fusion | 3FAHP0JAXCR254654 |
| 111 | Fandell, Kurt | 2010 | Ford | Edge | 2FMDK3JC0ABB35304 |
| 112 | Faulkner, Robert | 2012 | Ford | Fusion Hybrid | 3FADP0L32CR154609 |
| 113 | Ferry, Judy S. | 2012 | Ford | Fusion SE | 3FAHP0HA1CR389821 |
| 114 | Filippelli, Michael | 2012 | Ford | Fusion | 3FAHP0JA8CR117776 |
| 115 | Fischer, Wendy | 2012 | Ford | Fusion | 3FAHP0JG8CR154718 |
| 116 | Fleming, Kristoffer | 2014 | Ford | Mustang | 1zvbp8cf4e5308721 |
| 117 | Franzen, Melvin | 2011 | Lincoln | MKZ Hybrid | 3LNDL2L34BR767259 |
| 118 | Freedman, Robert | 2014 | Ford | Mustang | 1ZVBP8JZ2E5258320 |
| 119 | Fuqua, Fred | 2010 | Ford | Edge SEL | 2FMDK3JC7ABB62760 |
| 120 | Gagnon, Edith | 2011 | Lincoln | MKZ | 3LNHL2GC5BR768187 |
| 121 | Gahan, Michelle | 2011 | Ford | Mustang | 1ZVBP8EM6B5157047 |
| 122 | Gallaer, James | 2012 | Ford | Fusion | 3FAHP0JA4CR120514 |
| 123 | Gatrell, Paula | 2011 | Ford | Ranger | 1FTKR1EE3BPA75892 |
| 124 | Gaviria, Luis | 2010 | Ford | Ranger | 1FTKR4EE4APA05205 |
| 125 | Geisler, Donald | 2011 | Ford | Fusion | 3FAHP0JG5BR168784 |
| 126 | Gemma, Peter | 2014 | Ford | Mustang | 1zvbp8em5e5311140 |
| 127 | Ghannam, Fredrick | 2011 | Ford | Mercury Milan | 3MEHM0HA8BR602554 |
| 128 | Gibeck, John | 2011 | Ford | Ranger | 1FTKR1AE8BPA22756 |
| 129 | Giresi, Russell | 2012 | Ford | Lincoln MKZ | 3LNHL2GC6CR810271 |
| 130 | Gius, Julius | 2010 | Ford | Edge Limited | 2fmdk3kc0abb21045 |
| 131 | Goatache, Jesus | 2012 | Ford | Fusion | 3FAHP0HA0CR351447 |
| 132 | Gonzalez, Marion | 2012 | Ford | Fusion | 3FAHP0JA3CR204999 |
| 133 | Gray, Edward | 2010 | Ford | Ranger | 1FTKR1ED7ATA58129 |
| 134 | Grecco, Paula | 2012 | Ford | Mustang | 1ZVBP8AM7C5246651 |
| 135 | Groves, Lynn | 2014 | Ford | Mustang | 1ZVBP8EM6E5238361 |
| 136 | Gullikson, Zachary | 2011 | Ford | Fusion SE | 3FAHP0HA2BR237657 |
| 137 | Gurevich, Igor | 2011 | Lincoln | MKZ | 3LNHL2GC6BR773446 |
| 138 | Hackney, Mark | 2010 | Lincoln | MKX | 2LMDJ6JC4ABJ29093 |
| 139 | Hadfield, Sharon | 2011 | Ford | Mustang | 1ZVBP8AM7B5110003 |
| 140 | Hale, Jason | 2014 | Ford | Mustang | 1ZVBP8EM5E5324907 |
| 141 | Hale, Michael | 2010 | Ford | Ranger | 1FTKR1ADXAPA05527 |
| 142 | Hamilton, Brenda | 2012 | Ford | Fusion | 3FAHP0HA4CR372592 |

| 143 | Hamilton, Kenya | 2014 | Ford | Mustang | 1ZVBP8AM9E5242524 |
| 144 | Hamilton, Marlene E | 2011 | Ford | Fusion | 3FAHP0JA9BR230604 |
| 145 | Hannah, Jerome | 2011 | Ford | Fusion | 3FAHP0HAXBR260121 |
| 146 | Harlett, James | 2012 | Ford | Fusion | 3FAHP0JA4CR257565 |
| 147 | Harman, Terrill | 2012 | Ford | Fusion | 3FAHP0JG1CR326197 |
| 148 | Harold, Steve | 2011 | Lincoln | MKZ | 3LNHL2GC1BR753363 |
| 149 | Harrell, Robert | 2014 | Ford | Mustang | 1ZVBP8EM6E5322454 |
| 150 | Harrell, Robert | 2010 | Ford | Edge | 2FMDK3JC7ABB16040 |
| 151 | Harris, Timothy L | 2010 | Ford | Ranger | 1FTKR1ED3APA08862 |
| 152 | Hastings, David and Joyce | 2011 | Ford | Ranger | 1FTKR1EE8BPA36814 |
| 153 | Hausknecht, Celia | 2012 | Ford | Lincoln MKZ | 3LNHL2GC5CR838269 |
| 154 | Hazard, Aleshia | 2012 | Ford | Fusion SE | 3FAHP0HA5CR179786 |
| 155 | Helmiling, Robert | 2014 | Ford | Mustang | 1ZVBP8EM2E5289579 |
| 156 | Heredia, Louis A | 2012 | Ford | Mustang | 1ZVBP8EM2C5201918 |
| 157 | Hernandez, Davin A | 2011 | Ford | Ranger | 1FTKR1AD1BPB01113 |
| 158 | Hernandez, Oscar I. | 2011 | Ford | Mustang | 1ZVBP8CF8B5146216 |
| 159 | Hess, Louis P | 2011 | Ford | Fusion | 3FAHP0GA9BR249645 |
| 160 | Hewitt, Rodney | 2014 | Ford | Mustang | 1ZVBP8CF3E5295959 |
| 161 | Higgins, Sean | 2012 | Ford | Mustang | 1ZVBP8EM4C5286714 |
| 162 | Hildebrandt, John | 2011 | Ford | Ford Mustang | 1ZVBP8EM8B5114748 |
| 163 | Hileman, Patricia | 2010 | Ford | Edge SE | 2FMDK3GC7ABB31757 |
| 164 | Hollins, DuWayne | 2012 | Ford | fusion | 3FAHP0JG0CR389565 |
| 165 | Holloway, William | 2010 | Ford | Edge SE | 2fmdk3gc6abb72297 |
| 166 | Honaker, Kimberly | 2012 | Ford | Fusion | 3FAHP0JA1CR120678 |
| 167 | Howe, Deborah | 2012 | Ford | Fusion | 3FAHP0GA1CR117805 |
| 168 | Hulanick, Jeffrey | 2014 | Ford | Mustang | 1ZVBP8AM1E5265599 |
| 169 | Hunt, Carolyn | 2012 | Ford | Fusion | 3FAHP0JA6CR141784 |
| 170 | Huttson, Corey | 2014 | Ford | Mustang | 1ZVBP8EM4E5S27892 |
| 171 | Ignateva, Daria | 2012 | Ford | Fusion | 3FAHP0HA4CR135066 |
| 172 | Ihrig Jr, Norman | 2011 | Ford | Fusion | 3FAHP0HA9BR152055 |
| 173 | Inferrera, David | 2011 | Ford | Mustang | 1ZVBP8AM1B5158340 |
| 174 | Ingram, John Bell Amelia | 2010 | Ford | Edge SE | 2FMDK3GC2ABB50927 |
| 175 | Israel, Abraham | 2012 | Ford | Fusion | 3FAHP0JA9CR244777 |
| 176 | Israel, Avraham | 2012 | Ford | Fusion | 3FAHP0JA9CR244777 |
| 177 | Jackson, Leonard | 2012 | Ford | Fusion | 3FAHP0HAXCR197121 |
| 178 | Jacox, Richard | 2014 | Ford | Mustang | 1ZVBP8EMXE5279026 |
| 179 | Jakubowski, John and Jakubowski, Theresa | 2011 | Ford | Lincoln MKZ | 3LNHL2GC0BR768162 |
| 180 | James, Chelsey | 2010 | Ford | Edge Limited | 2fmdk3kc9aba89227 |
| 181 | Jarvis, Michael R | 2010 | Ford | Ranger | 1FTKR1AD9APA01517 |
| 182 | Jonas, Tammy | 2011 | Ford | Mustang | 1ZVBP8EM9B5133051 |
| 183 | Jones, Judy | 2010 | Ford | Edge | 2FMDK3JC1ABB18821 |
| 184 | Jones, Thaddeus | 2008 | Ford | Edge | 2FMDK36C88BA10604 |
| 185 | Joseph, Enderson | 2010 | Ford | Edge SEL | 2FMDK3JC8ABB72102 |
| 186 | Kane, Patrick | 2012 | Ford | Ford Fusion | 3FAHP0JA1CR173431 |
| 187 | Keen, James H. and Keen, Linda W. | 2010 | Lincoln | MKX | 2LMDJ6JC6ABJ09539 |
| 188 | Keenan, Daniel | 2011 | Ford | Ranger | 1FTLR4FE1BPB20137 |
| 189 | Kelley, Michael J. | 2010 | Ford | Edge Limited | 2FMDK3KC8ABA35725 |

| 190 | Kennedy, Patricia M | 2013 | Ford | Mustang | 1ZVBP8CF3D5217468 |
|-----|---------------------|------|------|---------|-------------------|
| 191 | Kennedy, Patricia M | 2013 | Ford | Mustang | 1ZVBP8CF3D5217468 |
| 192 | Kenon, Jerome | 2012 | Ford | Mustang | 1ZVBP8AM2C5220829 |
| 193 | Khaled, Mohammad | 2011 | Lincoln | MKZ | 3LNHL2GCXBR771103 |
| 194 | Kight, John | 2014 | Ford | Mustang | 1ZVBP8JZXE5239448 |
| 195 | Kontakos, Alexandros | 2012 | Ford | Ford Fusion | 3FAHP0JA3CR428788 |
| 196 | Koranda, Terrence | 2011 | Ford | Fusion | 3FAHP0HAXBR340809 |
| 197 | Kordac, Tomas | 2012 | Ford | Mustang | 1ZVBP8AM9C5271793 |
| 198 | Kramer, Nate | 2011 | Ford | Lincoln MKZ | 3LNDL2L30BR768165 |
| 199 | Labrie, Jules | 2012 | Lincoln | MKZ | 3LNHL2GC6CRH25515 |
| 200 | Lambert, Jerry | 2012 | Lincoln | MKZ Hybrid | 3LNDL2L31CR823367 |
| 201 | Lancaster, Patrick | 2012 | Ford | Fusion | 3FAHP0HA9CR379084 |
| 202 | Lancaster, Thomas | 2012 | Lincoln | MKZ | 3LNHL2GC1CR810288 |
| 203 | Lane, Thomas | 2014 | Ford | Mustang | 1ZVBP8AM2E5325034 |
| 204 | Lanfranchi, Gus | 2010 | Ford | Ford Edge | 2FMDK3JC9ABB79897 |
| 205 | Lanza, Alphonse | 2011 | Mercury | Milan Premier | 3MEHM0JG9BR605963 |
| 206 | Lawrence, William | 2013 | Ford | Mustang | 1ZVBP8AM9D5224796 |
| 207 | Lazarich, Brandon | 2011 | Ford | Mustang | 1ZVBP8AM8B5144788 |
| 208 | Lee, Geoffrey G. | 2011 | Ford | Ranger | 1FTLR4FE0BPB03801 |
| 209 | Leiter, Gary | 2011 | Ford | Ranger | 1FTKR1AD7BPB17879 |
| 210 | Lemire, Edward W and Carole P | 2012 | Lincoln | MKZ | 3LNDL2L32CR819666 |
| 211 | Lewis, Craig S. | 2010 | Ford | Edge SE | 2FMDK3GC2ABA87344 |
| 212 | Lewis, Nathan | 2012 | Forest River | Fusion | 3FAHP0HA2CR360277 |
| 213 | Libby, Alisa | 2012 | Ford | Fusion SEL | 3FAHP0JG9CR302925 |
| 214 | Lim, Dollie | 2014 | Ford | Mustang | 1ZVBP8EM5E5290516 |
| 215 | Lindsay, David | 2011 | Ford | Fusion | 3FAHP0GA3BR344363 |
| 216 | Lindsey, Jeannette | 2011 | Lincoln | MKZ | 3LNHL2GCXBR765639 |
| 217 | Locke, Devin | 2012 | Ford | Fusion | 3FAHP0HA0CR417236 |
| 218 | Locke, Kevin G. or Locke, Tamera L. | 2014 | Ford | Mustang | 1ZVBP8EMXE5295324 |
| 219 | Loesch, Lilian | 2014 | Ford | Mustang | 1ZVBP8AMXE5246663 |
| 220 | Longobardi, Louie | 2013 | Ford | Mustang | 1ZVBP8FF4D5268571 |
| 221 | Lopez, Wanda | 2012 | Ford | Fusion | 3FAHP0JG5CR290563 |
| 222 | Lowe, Arthur | 2011 | Lincoln | MKZ | 3LNHL2GC6BR765671 |
| 223 | Lowy, Tomas | 2013 | Ford | Mustang | 1ZVBP8EMXD5264878 |
| 224 | Lucero, Nicole | 2013 | Ford | Mustang | 1ZVBP8EM4D5219726 |
| 225 | Lull, Daniel | 2013 | Ford | Mustang | 1ZVBP8EM9D5210746 |
| 226 | Manwarring, Patricia | 2011 | Ford | Mustang | 1ZVBP8AMXB5121786 |
| 227 | Marciano, Lawerence | 2012 | Ford | Fusion | 3FAHP0JA4CR295300 |
| 228 | Marrs, Barbara | 2011 | Ford | Fusion | 3FAHP0JA6BR308434 |
| 229 | Marsh, Derrick | 2011 | Ford | Ranger | 1FTKR1ED8BPA87382 |
| 230 | Martinez, Marcus | 2012 | Ford | Fusion | 3FAHP0JG5CR355573 |
| 231 | Mascetti, Catherine | 2011 | Ford | Fusion | 3FAHP0KC0BR230698 |
| 232 | Mattheus, Deon | 2012 | Ford | Mustang | 1ZVBP8AMXC5271821 |
| 233 | Mayoral, Michael | 2012 | Ford | Mustang | 1ZVBP8AM7C5267273 |
| 234 | Mccrimmon, William | 2010 | Ford | Edge SE | 2FMDK3GCXABA19079 |
| 235 | McGathey, John and McGathey, Barbara | 2011 | Lincoln | MKZ | 3LNHL2GC1BR774567 |
| 236 | McGeary, John | 2013 | Ford | Mustang | 1ZVBP8CU9D5202102 |

| 237 | McGovern Jr, Thomas H | 2011 | Ford | Ranger | 1FTKR1AD4BPA41487 |
|-----|-----|-----|-----|-----|-----|
| 238 | McKay, Samuel | 2010 | Ford | Edge SE | 2FMDK3GC0ABB76443 |
| 239 | McNaughton, Lois | 2013 | Ford | Mustang | 1ZVBP8EM4D5236834 |
| 240 | McTeague, Mike | 2014 | Ford | Mustang | 1ZVBP8AM3C5264595 |
| 241 | Mead, William | 2012 | Ford | Fusion | 3FAHP0JG2CR299298 |
| 242 | Mears, Roger | 2013 | Ford | Mustang | 1ZVBP8CU9D5226139 |
| 243 | Meischeid, Robert | 2012 | Lincoln | MKZ | 3LNHL2GC0CR823369 |
| 244 | Mentock, Eileen Marie | 2010 | Ford | Ranger | 1FTKR1AD4APA57445 |
| 245 | Milich, James | 2012 | Ford | Fusion SE | 3FAHP0HA3CR368209 |
| 246 | Miller, Melissa | 2012 | Ford | Fusion | 3FAHP0JA2CR189914 |
| 247 | Miller, Robert and Darlene | 2011 | Lincoln | MKZ | 3LNHL2GCXBR775653 |
| 248 | Miller, Vannessa | 2012 | Ford | Mustang | 1ZVBP8EM3C5253719 |
| 249 | Misek, Bernice | 2012 | Ford | Mustang | 1ZVBP8EM2C5270530 |
| 250 | Mixon, Lance | 2012 | Ford | Fusion | 3FAHP0JG9CR311172 |
| 251 | Molina, Araceli | 2012 | Ford | Mustang | 1ZVBP8AM9C5263015 |
| 252 | Mora, Erasmo | 2012 | Ford | Mustang | 1ZVBP8EM5C5246688 |
| 253 | Moree, Leslie | 2011 | Ford | Fusion | 3FAHP0HA1BR272058 |
| 254 | Morgan, Kevin | 2011 | Ford | Mustang | 1ZVBP8CF6B5132296 |
| 255 | Moses, Liz | 2014 | Ford | Ford Mustang | 1ZVBP8AM2E5240856 |
| 256 | Moss, Eugene | 2010 | Ford | Edge SEL | 2FMDK3JC3ABB61539 |
| 257 | Mulet, Santiago | 2011 | Lincoln | MKZ | 3LNHL2GC2BR767238 |
| 258 | Mullins, Jeremiah | 2011 | Ford | Ranger | 1FTKR1ED9BPA57811 |
| 259 | Murphy, Patricia | 2011 | Ford | Fusion | 3FAHP0JA5BR307940 |
| 260 | Myberg, Samantha | 2011 | Ford | Fusion | 3FAHP0HA1BR237066 |
| 261 | Nakfour, Saymond | 2012 | Ford | Mustang | 1ZVBP8AM7C5277463 |
| 262 | Neumann, Brandon | 2013 | Ford | Mustang | 1ZVBP8CF5D5263626 |
| 263 | Nicholson, James | 2012 | Ford | Fusion | 3FAHP0HA4CR152076 |
| 264 | Nicholson, James | 2012 | Ford | Fusion | 3FAHP0HA4CR152076 |
| 265 | Nizza, Peter | 2011 | Ford | Ranger | 1FTLR1FE6BPA39195 |
| 266 | Noble, Douglas | 2012 | Ford | Fusion | 3FAHP0JG0CR216340 |
| 267 | Noble, Felix | 2011 | Ford | Fusion | 3FAHP0JA6BR223934 |
| 268 | Norris, Carol | 2012 | Ford | Fusion | 3FAHP0JG0CR428624 |
| 269 | Osborn, Kellie | 2010 | Ford | Edge Limited | 2fmdk3kc3abb56713 |
| 270 | Osborn, Kellie | 2009 | Ford | Edge SEL | 2fmdk38c09ba81892 |
| 271 | Paden, Voise M | 2012 | Ford | Fusion | 3FAHP0HA0CR235455 |
| 272 | Parker, Barry | 2013 | Ford | Mustang | 1ZVBP8EM7D5270718 |
| 273 | Parker, Melinda | 2014 | Ford | Mustang | 1zvbp8em4e5285887 |
| 274 | Patterson, Vicki | 2012 | Ford | Fusion | 3FAHP0JA5CR284659 |
| 275 | Patton, Dana G | 2012 | Ford | Fusion | 3FAHP0HA6CR190778 |
| 276 | Pearson, Michael | 2012 | Lincoln | MKZ | 3LNHL2GC0CR823405 |
| 277 | Pearson, Michael | 2010 | Ford | Lincoln MKZ | 3LNHL2GC2AR754293 |
| 278 | Pelzer, Jon S | 2011 | Lincoln | MKZ | 3LNHL2GC1BR769224 |
| 279 | Perez, Salvador S | 2012 | Lincoln | MKZ | 3LNDL2L38CR832387 |
| 280 | Phillips, Stacey | 2010 | Ford | Ranger | 1FTKR4EE7APA65253 |
| 281 | Pierson, Maxine | 2011 | Ford | Lincoln MKZ | 3LNHL2GC4BR768049 |
| 282 | Pifer, Robert and Pifer, Linda | 2011 | Ford | Ranger | 1FTKR1AD1BPA36828 |
| 283 | Pineda, Hector | 2012 | Ford | Mustang | 1ZVBP8AM7C5204500 |

| 284 | Pineda, Joeie and Pineda, Carolina | 2011 | Ford | Fusion | 3FAHP0HA6BR194876 |
|-----|-----|------|---------|-------------|-------------------|
| 285 | Piper, Marc | 2010 | Lincoln | MKX | 2LMDJ6JC6ABJ20072 |
| 286 | Pitman, Constance T and Winston C | 2011 | Ford | Fusion | 3FAHP0HA2BR333479 |
| 287 | Pitts, Hansel Lauden | 2010 | Ford | Lincoln MKX | 2lmdj6jc1abj34901 |
| 288 | Plummer, Tanyka | 2010 | Lincoln | MKX | 2LMDJ6JC4ABJ11063 |
| 289 | Poires, Todd | 2010 | Ford | Edge Limited | 2FMDK3KC3ABA19867 |
| 290 | Presley, Charles and Presley, Linda | 2012 | Ford | Fusion | 3FAHP0HAXCR408110 |
| 291 | Primus, Jeremiah | 2011 | Ford | Ranger | 1FTLR4FE0BPA10437 |
| 292 | Printz, Timothy | 2010 | Ford | Edge | 2FMDK3GC4ABA61490 |
| 293 | Pushkarsky, Lieselotte | 2012 | Ford | Fusion | 3FAHP0HA2CR372798 |
| 294 | Ray, David | 2010 | Ford | Ranger | 1FTKR1EE8APA70525 |
| 295 | Rilinger, Ryan | 2014 | Ford | Mustang | 1ZVBP8EM6E5283073 |
| 296 | Rinehart, Carter | 2011 | Ford | Ranger | 1FTKR1ED3BPA48649 |
| 297 | Rivera, Erika | 2012 | Ford | Fusion | 3FAHP0JA2CR407883 |
| 298 | Rivera, Jamie | 2012 | Ford | Fusion | 3FAHP0JA2CR190688 |
| 299 | Roberts, Jeff | 2010 | Ford | Ranger XL / XLT | 1FTKR1EDXAPA77368 |
| 300 | Roberts, Mitzy | 2011 | Ford | Mustang | 1ZVBP8AMXB5123988 |
| 301 | Robson, John | 2014 | Ford | Mustang | 1ZVBP8AM6E5249379 |
| 302 | Rodenberger, Michael | 2012 | Ford | Lincoln MKZ | 3LNHL2GC8CR814113 |
| 303 | Rogerson, Denise | 2012 | Ford | Fusion | 3FAHP0HA1CR122081 |
| 304 | Rojas, Jose A. | 2014 | Ford | Mustang | 1ZVBP8EMXE5205928 |
| 305 | Roselieb, Davis | 2013 | Ford | Mustang | 1zvbp8ff9d5213131 |
| 306 | Rouse, Anna | 2012 | Ford | Lincoln MKZ | 3LNHL2GC1CR814146 |
| 307 | Ruddy, John | 2010 | Lincoln | MKX | 2LMDJ6JCXABJ23279 |
| 308 | Sadlo, Stanley | 2011 | Ford | Fusion | 3FAHP0HA0BR206553 |
| 309 | Salatiel, Jose | 2012 | Ford | Fusion | 3FAHP0HGXCR273845 |
| 310 | Sanchez, Edwin | 2011 | Ford | Fusion | 3FAHP0HA2BR202133 |
| 311 | Sanchez, Fernando | 2014 | Ford | Mustang | 1ZVBP8EM1E5322684 |
| 312 | Santo, Enrico | 2012 | Ford | Fusion | 3FAHP0GA9CR160966 |
| 313 | Saxon, Charles | 2012 | Ford | Mustang | 1ZVBP8CF8C5231171 |
| 314 | Scarminach, Michael | 2010 | Lincoln | MKX | 2LMDJ6JC6ABJ19942 |
| 315 | Scarpa, Joseph A. | 2011 | Ford | Fusion SEL | 3FAHP0JA6BR133537 |
| 316 | Schenk, Jeff | 2011 | Ford | Ranger | 1FTKR1ED1BPA34748 |
| 317 | Schmid Jr., Harry A. | 2007 | Lincoln | MKX | 2LMDU68CX7BJ22252 |
| 318 | Schmid Jr., Harry A. | 2010 | Lincoln | MKX | 2LMDJ6JC6ABJ05684 |
| 319 | Schmidt, Michael | 2011 | Ford | Fusion | 3FAHP0HA6BR128263 |
| 320 | Schroer, Robert W | 2011 | Ford | Fusion | 3FAHP0HAXBR126211 |
| 321 | Schueneman, Betty | 2011 | Lincoln | MKZ Hybrid | 3LNDL2L32BR767244 |
| 322 | Scott-Wright, Sidney | 2012 | Ford | Fusion | 3FAHP0HA1CR446681 |
| 323 | Seal, Sylvia | 2014 | Ford | Mustang | 1ZVBP8EMXE5295226 |
| 324 | Searles, Gary | 2014 | Ford | Mustang | 1ZVBP8EM9E5313098 |
| 325 | Segrera, Gabriel | 2010 | Ford | Edge SEL | 2FMDK3JC6ABA11652 |
| 326 | Selva, Henry B. | 2010 | Ford | Ranger | 1FTKR4EE5APA57751 |
| 327 | Sgambellone, Roberto | 2013 | Ford | Mustang | 1ZVBP8CF0D5258432 |
| 328 | Sheets, Edgar | 2010 | Ford | Edge SEL | 2FMDK3JC1ABB35828 |
| 329 | Shepp, Slyvia | 2014 | Ford | Mustang | 1ZVBP8AM2E5216623 |
| 330 | Shuman, Lynne | 2010 | Ford | Edge SEL | 2FMDK3JC8ABA13113 |

| 331 | Shumway, Richard | 2012 | Ford | Fusion | 3FAHP0JG8CR148692 |
| 332 | Simm, Rosemary | 2010 | Lincoln | MKX | 2LMDJ6JCXABJ26456 |
| 333 | Simmons, Jennifer | 2010 | Ford | Fusion | 3FAHP0HG7AR316177 |
| 334 | Simon, Alonzo | 2014 | Ford | Mustang | 1ZVBP8CF0E5331106 |
| 335 | Simpson, Headly | 2011 | Lincoln | MKZ | 3LNHL2GC5BR770148 |
| 336 | Sitnick, Harvey | 2012 | Ford | Fusion | 3FAHP0HA2CR251219 |
| 337 | Skaggs, David | 2013 | Ford | Mustang | 1ZVBP8FF4D5247266 |
| 338 | Skipper, Lera N | 2012 | Ford | Fusion | 3FAHP0HA4CR177365 |
| 339 | Smedberg, Kenneth L | 2012 | Ford | Fusion | 3FAHP0HA1CR285085 |
| 340 | Smit, Anthony | 2012 | Ford | Fusion | 3FAHP0HAXCR254899 |
| 341 | Smith, Drew | 2014 | Ford | Mustang | 1ZVBP8AM9E5325242 |
| 342 | Smith, Gerald | 2010 | Lincoln | MKX | 2LMDJ6JC3ABJ30820 |
| 343 | Smith, Jaunita | 2011 | Ford | Fusion SE | 3FAHP0HA4BR134899 |
| 344 | Smith, Katryna | 2012 | Ford | Fusion | 3FAHP0JA0CR141389 |
| 345 | Smith, Toni E. | 2013 | Ford | Mustang | 1ZVBP8AM8D5202126 |
| 346 | Sosa, Luis D | 2011 | Ford | Fusion | 3FAHP0HA1BR345624 |
| 347 | Soto, Juan | 2014 | Ford | Mustang | 1ZVBP8CF5E5273929 |
| 348 | Spaich, Arlene and Spaich, Nicholas Paul | 2010 | Lincoln | MKX | 2LMDJ6JC2ABJ05391 |
| 349 | Speaks, John | 2011 | Ford | Ranger | 1FTKR4EE4BPA94338 |
| 350 | Stadler, Gerald W | 2012 | Ford | Fusion | 3FAHP0JG6CR167693 |
| 351 | Stanchie, Michael | 2012 | Ford | Lincoln MKZ | 3LNHL2GC7CR818881 |
| 352 | Stanton, Geraldine | 2012 | Ford | Fusion | 3FAHP0HA0CR222320 |
| 353 | Staten, Annette | 2012 | Ford | Fusion | 3FAHP0HA3CR184615 |
| 354 | Stellhorn, Timothy B. | 2010 | Ford | Edge SEL | 2FMDK3JC1ABB56629 |
| 355 | Stewart, Phyllis | 2012 | Ford | Fusion | 3FAHP0JA9CR190848 |
| 356 | Stier, Chris | 2011 | Ford | Mustang | 1ZVBP8EM4B5142952 |
| 357 | Stoffel, Daniel | 2011 | Lincoln | MKZ | 3LNHL2GC8BR764828 |
| 358 | Sullivan, Francis | 2010 | Ford | Edge | 2FMDK3JC4ABA8349 |
| 359 | Sumner, Raymond | 2011 | Ford | Lincoln MKZ | 3LNHL2GC9BR754809 |
| 360 | Swedberg, Karen | 2011 | Ford | Fusion | 3FAHP0HAXBR152758 |
| 361 | Tang, Simon | 2013 | Ford | Mustang | 1ZVBP8AM5D5250828 |
| 362 | Tavares, Casimiro | 2012 | Ford | Lincoln MKZ | 3LNHL2GC3CR804511 |
| 363 | Taylor, Richard C. | 2010 | Ford | Ranger XL / XLT | 1FTKR1ADXAPA44912 |
| 364 | Terry, Varian | 2012 | Lincoln | MKZ | 3LNHL2GC2CR815371 |
| 365 | Testa, Giuliano | 2012 | Ford | Fusion | 3FADP0L30CR264204 |
| 366 | Tiedt, Robert | 2011 | Ford | Ranger | 1FTKR1AD5BPA32619 |
| 367 | Tjung, Andy | 2012 | Ford | Fusion | 3FAHP0HA8CR443874 |
| 368 | Torres, Osvaldo | 2013 | Ford | Mustang | 1ZVBP8AM2D5281311 |
| 369 | Touchton, Kathryn | 2012 | Ford | Fusion | 3FAHP0HA7CR428461 |
| 370 | Tracy, Christopher | 2011 | Ford | Ranger | 1FTKR1AD2BPA85374 |
| 371 | Trimble, Julie | 2011 | Ford | Fusion | 3FAHP0KC5BR318288 |
| 372 | Tyrrell, Jamees and Anita | 2012 | Lincoln | MKZ | 3LNHL2GC9CR817893 |
| 373 | Tyrrell, James and Tyrrell, Anita | 2010 | Ford | Lincoln MKZ | 3LNHL2GC7AR622176 |
| 374 | Van Pelt, Cynthia-Jean | 2010 | Ford | Edge | 2FMDK3JC7ABB24462 |
| 375 | Vandergriff, Veronica | 2010 | Ford | Edge S | 2FMDK3JC7ABA94797 |
| 376 | Vardeman, Gene | 2011 | Ford | Fusion | 3FAHP0JG4BR122976 |
| 377 | Vega, Pedro | 2012 | Ford | Lincoln MKZ | 3LNHL2JC1CR839945 |

| 378 | Velez, Norman | 2014 | Ford | Mustang | 1ZVBP8AM5E5304792 |
| 380 | Verrico, Joseph | 2011 | Ford | Ford Mustang | 1ZVBP8CF7B5167140 |
| 381 | Villanueva, Patrick | 2010 | Ford | Ford Edge | 2FMDK3KC0ABA00113 |
| 382 | W. Smith, Michael | 2012 | Ford | Fusion | 3FAHP0HA2CR389522 |
| 383 | Wade, Lee | 2012 | Ford | Fusion | 3FAHP0HA2CR360456 |
| 384 | Walker, Damien | 2014 | Ford | Mustang | 1ZVBP8CF3E5216726 |
| 385 | Walsh, Steven | 2010 | Ford | Ranger XL / XLT | 1FTKR1ED4APA45208 |
| 386 | Wanck, James R. | 2012 | Ford | Fusion | 3FAHP0HAXCR407975 |
| 387 | Wayne Liebold, Richard | 2011 | Mercury | Milan | 3MEHM0JA2BR602673 |
| 388 | Weakley, Robin Linn | 2012 | Ford | Fusion | 3FAHP0JGXCR203661 |
| 389 | Weaver, James | 2010 | Ford | Edge | 2FMDK3JC9ABB79625 |
| 390 | Weimortz, Terry | 2010 | Ford | Ranger | 1FTKR1EE7APA16021 |
| 391 | Werner, Jeffrey | 2013 | Ford | Mustang | 1ZVBP8EM6D5233689 |
| 392 | Werner, Stephen | 2010 | Ford | Edge | 2FMDK3KCXABB72214 |
| 393 | Whetzel, Steven | 2012 | Ford | Fusion | 3FAHP0HA5CR262859 |
| 394 | White, Craig | 2010 | Ford | Edge SE | 2FMDK3GCXABB76448 |
| 395 | Whittle, Patricia M | 2011 | Ford | Fusion | 3FAHP0JG8BR276106 |
| 396 | Williams, David A | 2012 | Ford | Fusion | 3FAHP0JG3CR161026 |
| 397 | Wilson, Carol Mae | 2012 | Ford | Fusion | 3FAHP0GA6CR389945 |
| 398 | Wilson, Michael | 2011 | Ford | Fusion | 3FAHP0JA8BR262850 |
| 399 | Wolf, Louis | 2012 | Ford | Fusion | 3FAHP0HA3CR149640 |
| 400 | Wolf, Roger | 2010 | Ford | Lincoln MKX | 2LMDJ6JC3ABJ07277 |
| 401 | Woods, Carl A. | 2011 | Lincoln | MKZ | 3LNHL2GC9BR759847 |
| 402 | Wyse, William | 2012 | Ford | Lincoln MKZ | 3LNHL2GC2CR832462 |
| 403 | Yaber, Emilio | 2011 | Ford | Fusion SE | 3FAHP0HA4BR191488 |
| 404 | Youmans, Thomas | 2007 | Ford | Mustang | 1ZVFT84N875293873 |
| 405 | Youmans, Thomas | 2007 | Ford | Mustang | 1ZVFT84N875293873 |
| 406 | Young, Louise M. | 2011 | Ford | Fusion SE | 3FAHP0HA8BR103705 |
| 407 | Zumwalt, Richard | 2010 | Ford | Edge Limited | 2FMDK3KC8ABA12171 |
| 408 | Zurita, Edis | 2011 | Ford | Ranger | 1FTKR1ED8BPA34763 |